IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VENI WAYNE FONOTI,

        Petitioner,

  v.

KEN CLARK, Warden,

        Respondent.
_____/

No. C 08-0853 CW

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED

That Petitioner Veni Wayne Fonoti's Petition for Writ of Habeas Corpus is denied and that each party bear their own costs of action.

Dated at Oakland, California, this 15th day of October, 2009.

VICTORIA MINOR
Clerk of Court

By: _____
SHEILAH CAHILL
Deputy Clerk